IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE E. RHYNES,

     Petitioner,

v.                                                 CASE NO. 5:13-cv-23-RS-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

     Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Petitioner's Objections (Doc. 18). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Respondent's motion to dismiss (Doc. 13) is **GRANTED**.

3. The Petitioner's writ of habeas corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

5. The clerk is directed to close the file.

**ORDERED** on November 14, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**